AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Maria del Carmen Vasquez de Maldonado, individually and on behalf of all others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>JSG Babyfood LLC a/k/a JSG Organics LLC d/b/a HolleUSA<br><br>*Defendant(s)* | Civil Action No. 22cv1920 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JSG Babyfood LLC a/k/a JSG Organics LLC d/b/a HolleUSA
C/O Charles W. Weiss, P.C.
225 Old Country Road, Melville, NY 11747

JSG Babyfood LLC a/k/a JSG Organics LLC d/b/a HolleUSA
535 Eighth Avenue
Suite 21 North
New York, NY 10018

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| The Sultzer Law Group P.C. | Levin Sedran & Berman | Leeds Brown Law, P.C. |
|---|---|---|
| Jason P. Sultzer, Esq. | David C. Magagna Jr., Esq. | Jeffrey K. Brown, Esq. |
| 85 Civic Center Plaza, Suite 200 | 510 Walnut Street, Suite 500 | 1 Old Country Road, Suite 347 |
| Poughkeepsie, NY 12601 | Philadelphia, PA 19106 | Carle Place, NY 11514 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*Brenna B. Mahoney*
CLERK OF COURT

Date:  4/5/2022                              /s/Priscilla Bowens
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: