**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Maria del Carmen Vasquez de Maldonado, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>  -against-<br><br>JSG Babyfood LLC a/k/a JSG Organics LLC d/b/a HolleUSA,<br><br>         Defendant. | Case No. 1:22-cv-01920-LDH-RER<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Maria del Carmen Vasquez de Maldonado, individually and on behalf of herself, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice.

Date: May 27, 2022

            Respectfully submitted,

            By: */s/ Jason P. Sultzer*
            Jason P. Sultzer, Esq.
            **THE SULTZER LAW GROUP P.C.**
            85 Civic Center Plaza, Suite 200
            Poughkeepsie, NY 12601
            Tel.: (845) 483-7100
            *sultzerj@thesultzerlawgroup.com*

            *Counsel for Plaintiff*